THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LILES, Appellant. [992 NYS2d 895]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this court dated October 27, 1997 (*People v Liles*, 243

AD2d 729 [1997]), affirming a judgment of the County Court, Nassau County, rendered June 17, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Leventhal, Maltese and Barros, JJ., concur.